1   BOIES SCHILLER FLEXNER LLP
    LINDA M. BURROW, State Bar No. 194668
2     lburrow@bsfllp.com
    JULIA J. BREDRUP, State Bar No. 275526
3     jbredrup@bsfllp.com
    725 South Figueroa Street, 31st Floor
4   Los Angeles, California 90017-5524
    Telephone: (213) 629-9040
5   Facsimile: (213) 629-9022

6   Attorneys for Defendants WARNER
    BROS. ENTERTAINMENT INC. and
7   NS PICTURES, INC.

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  | ROBERT J. MARDEROSIAN, an individual; ARON M. MARDEROSIAN, an individual; TWELVE SIXTY, LLC, a California limited liability company, | Case No. 2:17-cv-01062 CAS (GJSx) |
    |---|---|

12                                      **[PROPOSED]** ORDER TO
13                                      CONTINUE HEARING DATE ON
                                        DEFENDANTS' MOTION TO
14                                      DISMISS IN LIGHT OF PENDING
                                        SETTLEMENT
            Plaintiffs,
15                                      [Stipulation to Continue Hearing Date
        v.                              on Defendants' Motion to Dismiss in
16                                      Light of Pending Settlement filed
                                        concurrently herewith]
    WARNER BROS. ENTERTAINMENT
17  INC., a Delaware corporation; NS
    PICTURES, INC., a California
18  corporation; MARCO E. BELTRAMI,     The Honorable Christina A. Snyder
    an individual; PIANELLA MUSIC
19  INC., a California corporation; DOES
    1-10, inclusive,
20
            Defendants.
21

22          Based on the Stipulation of the parties and good cause appearing, it is hereby

23  ORDERED that the hearing on Defendants Warner Bros. Entertainment Inc. and NS

24  Pictures, Inc.'s Motion to Dismiss Plaintiffs' Claims for Statutory Damages and

25  Attorneys' Fees (the "Motion") is hereby continued from July 31, 2017 at 10:00

26  a.m. until **August 14, 2017** at **10:00 a.m**  The deadline for Defendants Warner

27  / / /

28  / / /

1  Bros. Entertainment Inc. and NS Pictures, Inc. to file a reply in support of the

2  Motion is hereby continued from July 24, 2017 until August 7, 2017.

3        **IT IS SO ORDERED.**

4

5  Dated:  July 25, 2017

6                             The Honorable Christina A. Snyder

7                             Judge, United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:17-cv-01062 CAS (GJSx)

[PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS IN LIGHT OF PENDING SETTLEMENT