```
BOIES SCHILLER FLEXNER LLP
LINDA M. BURROW, State Bar No. 194668
  lburrow@bsfllp.com
JULIA J. BREDRUP, State Bar No. 275526
  jbredrup@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants WARNER
BROS. ENTERTAINMENT INC. and
NS PICTURES, INC.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT J. MARDEROSIAN, an individual; ARON M. MARDEROSIAN, an individual; TWELVE SIXTY, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; NS PICTURES, INC., a California corporation; MARCO E. BELTRAMI, an individual; PIANELLA MUSIC INC., a California corporation; DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01062 CAS (GJSx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>The Honorable Christina A. Snyder |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the above-captioned action, and all claims and causes of actions asserted in any complaint and cross-complaint, is voluntarily dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party bearing their own fees and costs.

DATED: August 4, 2017        BOIES SCHILLER FLEXNER LLP

By ___/s/_____
   LINDA M. BURROW
Attorneys for Defendants WARNER BROS. ENTERTAINMENT INC. and
NS PICTURES, INC

DATED: August 4, 2017        MARDEROSIAN & COHEN

By ___/s/ (with email authorization)___
   MICHAEL G. MARDEROSIAN
Attorneys for Plaintiffs

DATED: August 4, 2017        KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By ___/s/ (with email authorization)___
   JEREMIAH T. REYNOLDS
Attorneys for Defendants and Counterclaimants MARCO T. BELTRAMI AND PIANELLA MUSIC INC.